**Piedad Del Carmen Perez PERTUZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–74821.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 13, 2010.

Piedad Del Carmen Perez Pertuz, Glendale, CA, pro se.

John D. Williams, Esquire, Julia Tyler, Esquire, U.S. Department of Justice, Washington, DC, HI–District Counsel, Es-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

quire, Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM [**]

Piedad del Carmen Perez Pertuz, a native and citizen of Colombia, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Perez Pertuz's July 3, 2008, motion to reopen as number-barred, *see* 8 C.F.R. § 1003.2(c)(2) (party may file only one motion to reopen proceedings), and Perez Pertuz has not met any of the exceptions to the number bar, *see* 8 C.F.R. § 1003.2(c)(3).

**PETITION FOR REVIEW DENIED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).